# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER MODIFYING CONDITIONS** |
| | ) | **OR PROBATION** |
| vs. | ) | |
| | ) | |
| Conrad Cody Chase Iron Eyes, | ) | Case No. 1:14-cr-099 |
| | ) | |
| Defendant. | ) | |

On January 27, 2017, the court convened a final hearing on a petition for action on defendant's conditions of probation. AUSA Gary Delorme appeared on the Government's behalf. AFPD Chris Bellmore appeared on defendant's behalf.

At the outset of the hearing, defendant admitted to violating the conditions of probation as alleged in the petition. For the reasons articulated at the close of the hearing, the court shall continue defendant on his existing conditions of probation with the additional condition that he complete eighty (80) hours of community service by March 2, 2017.

**IT IS SO ORDERED.**

Dated this 27th day of January, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
